IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

FILED'08 NOV 12 15:28 USDC-ORE

| | |
|---|---|
| LORI A. SARGENT, | Civil No. 6:07-CV-1902-TC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this **12** day of **Nov** 2008.

_____
UNITED STATES MAGISTRATE JUDGE

JUDGMENT [6:07-CV-1902-TC] - Page 1